| | | |
|---|---|---|
| People v Newsome (Michael) | 4th Dept: 140 AD3d 1695 (Wayne) | denied 9/30/16 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v Newsome (Michael) | 4th Dept: 140 AD3d 1696 (Wayne) | denied 9/30/16 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v Noble | App Term, 1st Dept: 51 Misc 3d 147(A) (NY) | denied 9/22/16 (Garcia, J.) |
| People v Nunez | App Div, 2d Dept: 2016 NY Slip Op 76433(U) (Queens) | dismissed 9/19/16 (Abdus-Salaam, J.) |
| People v Ortiz | 1st Dept: 140 AD3d 631 (Bronx) | denied 9/2/16 (Fahey, J.) |
| People v Owens | 2d Dept: 141 AD3d 675 (Kings) | denied 9/6/16 (Rivera, J.) |
| People v Patron | 2d Dept: 141 AD3d 545 (Kings) | denied 9/26/16 (Abdus-Salaam, J.) |
| People v Paul | 4th Dept: 139 AD3d 1383 (Orleans) | denied 9/8/16 (Stein, J.) |
| People v Pops | 3d Dept: 137 AD3d 1323 (Albany) | denied 9/26/16 (Fahey, J.) |
| People v Prince | 2d Dept: 136 AD3d 844 (Kings) | denied 9/26/16 (Fahey, J.) |
| People v Ragen | 2d Dept: 140 AD3d 1092 (Nassau) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Ramirez | 1st Dept: 140 AD3d 545 (NY) | denied 9/12/16 (Stein, J.) |
| People v Ramos | App Div, 3d Dept: 2016 NY Slip Op 73432(U) (Montgomery) | denied 9/1/16 (Garcia, J.) |
| People v Raymond | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 51 Misc 3d 149(A) (Kings) | denied 9/21/16 (Garcia, J.) |
| People v Redd | 2d Dept: 141 AD3d 546 (Queens) | withdrawn 9/27/16 (Abdus-Salaam, J.) |
| People v Richards | 2d Dept: 140 AD3d 989 (Kings) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Richardson | App Div, 3d Dept: 2016 NY Slip Op 76188(U) (Rensselaer) | dismissed 9/19/16 (Garcia, J.) |
| People v Rimmen | 4th Dept: 140 AD3d 1714 (Niagara) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Rios | 1st Dept: 139 AD3d 620 (NY) | denied 9/12/16 (Stein, J.) |
| People v Robinson (Christopher) | 2d Dept: 138 AD3d 764 (Nassau) | denied 9/26/16 (Fahey, J.) |
| People v Robinson (Steven) | 4th Dept: 140 AD3d 1655 (Monroe) | denied 9/21/16 (Garcia, J.) |